# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRIS W. PAIGE, JR.,** | : | |
| Petitioner | : | |
| | : | No. 1:22-cv-00717 |
| v. | : | |
| | : | (Judge Kane) |
| **J.L. JAMISON, WARDEN,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 24th day of June 2022, upon consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (Doc. No. 1), and for the reasons that are set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction; and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
